# Court of Appeals
# of the State of Georgia

ATLANTA, September 04, 2014

*The Court of Appeals hereby passes the following order:*

**A15A0058. APOLLO BROOKS v. SHENEKA CLAYTON.**

On May 13, 2014, the trial court entered a twelve-month protective order against Apollo Brooks for stalking. Brooks filed a notice of appeal on June 13, 2014, 31 days after entry of the protective order. We lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of an appealable order. OCGA § 5-6-38 (a). Since Brooks's notice of appeal was filed one day late, this Court lacks jurisdiction to consider his appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/04/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*